UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
--------------------------------------------------------------X
In Re:

ANTONIO VELEZ,

Debtor.
--------------------------------------------------------------X

**ORDER RE-OPENING BANKRUPTCY CASE AND VACATING THE CONTEMPT ORDER PURSUANT TO 11 U.S.C. 350(b), BANKRUPTCY RULE 9024, AND FEDERAL RULE OF CIVIL PROCEDURE 60**

**Chapter 7**

**Case No. 25-3531-kyp**

UPON the motion (the "Motion") of Westchester Medical Center Health Network ("WMC"), a creditor of the Debtor herein, by its attorneys, Handel & Carlini, LLP, for an Order, (a) pursuant to 11 U.S.C. § 350(b), reopening this case; and (b) vacating the Contempt Order pursuant Bankruptcy Rule 9024 and Federal Rule of Civil Procedure 60, and upon the Certification of Anthony C. Carlini, Jr., Esq., dated September 25, 2025; and there being due and sufficient notice of the Motion and the hearing thereon, and there being no objections to the requested relief; and upon the record of the hearing being held by the Court on the Motion on November 4, 2025 at 10:00 A.M.; and, after due deliberation, the Court, having found and determined that good and sufficient cause exists for reopening this case for the purposes sought in the Motion and granting WMC's request pursuant to Bankruptcy Rule 9024 and Federal Rule of Civil Procedure 60, to vacate the Contempt Order; it is hereby

**ORDERED,** that the Motion is granted in its entirety; and it is further

**ORDERED,** that this case is reopened pursuant to 11 U.S.C. § 350(b) without the appointment of a Trustee, and it is further

**ORDERED,** the Contempt Order entered against WMC on July 10, 2025, is hereby vacated in the interests of justice.

**Dated: November 6, 2025**
**Poughkeepsie, New York**



**/s/ Kyu Y. Paek**
______________________________
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**